IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DINELI HERNANDEZ LOPEZ

DEBTOR

CASE NO. 18-03285/ESL

CHAPTER 13

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2018 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, DINELI HERNANDEZ LOPEZ,** the Debtor through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Plan dated June 11, 2018, provides that Debtor's tax refunds will be paid into the Plan.

2. The Debtor has received her 2018 tax refund in the amount of $516.00. Attached is copy of check dated April 30, 2019, issued by the Puerto Rico Treasury Department.

3. The Debtor respectfully submits to the Court that she needs to use these funds to pay for: back-to-school expenses estimate/invoice.

4. The Debtor needs to use the funds from the 2018 "tax refund" to pay for this reasonable expenses. Furthermore, the Debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $160.00.

5. Based on the above-stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds for this expense.

**WHEREFORE,** the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2018 tax refund by the Debtor to pay for the above-stated expense.

Page – 2-
Debtor's Motion Requesting Order
Case no. 18-03285/ESL13

NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

    I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the Debtor, Dinelis Hernandez Lopez, to the address of record: PO Box 245, Aguas Buenas, PR 00703.

    RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 21st day of May, 2019.

    /s/ Roberto Figueroa Carrasquillo
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Dinelis Hernandez Lopez
Tel. 787-707-7912
"Escribe diferente"

# Casual & Surf
HIS & HER

Calle Rafael Lasa #43
Aguas Buenas, PR 00703

051   FECHA: Mayo 15, 19

NOMBRE: Sra. Dinelis Hernández López

DIRECCIÓN: _____

TEL: _____

| CANT. | DESCRIPCIÓN | PRECIO UNIDAD | TOTAL |
|---|---|---|---|
| 12 | Polos 6 6/8 6 10/12 | 16.99 | 203.88 |
| 12 | Pant 6 5.8 6.12 | 18.99 | 227.88 |
| 2 | Mochilas | 39.99 | 79.98 |
|  |  |  | 511.94 |
|  |  | TAX | 11.5 |
|  |  | TOTAL | 570.55 |

Recibido por: _____

TODA FACTURA VENCE A LOS TREINTA DÍAS.

Scanned by CamScanner



Scanned by CamScanner