## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | |
| | * | CASE NO. 18-03285/ESL |
| DINELIS HERNANDEZ LOPEZ | * | |
| | * | CHAPTER 13 |
| DEBTOR | | |

## DEBTOR'S REPLY TO *TRUSTEE'S MOTION FOR COPY OF TAX RETURN*, DOCKET NO. 29

TO THE HONORABLE COURT:

**NOW COMES, DINELIS HERNANDEZ LOPEZ,** the Debtor, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Chapter 13 Trustee filed a *Trustee's Motion for Copy of Tax Return,* Docket No. 29, requesting the Court to Order the Debtor to provide copy of the Debtor's 2020 and 2021 tax returns.

2. The Debtor hereby informs this Honorable Court that on June 16, 2022, the Debtor sent to the Trustee (uploaded to the Trustee's system) a copy of the Debtor's 2020, and 2021 tax returns.

3. Based on the above stated, the Debtor respectfully requests that this Honorable Court be informed of the aforegoing and grant the present motion in reply to the *Trustee's Motion for Copy of Tax Return,* Docket No. 29, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in reply to the *Trustee's Motion for Copy of Tax Return,* Docket No. 29, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants, including the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor, Dinelis Hernandez Lopez, to the address of record: PO Box 245, Aguas Buenas, PR 00703.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 20th day of June, 2022.

*/s/ Roberto Figueroa Carrasquillo*
USDC #203614
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com